[Cite as *03/17/2003 Case Announcements,* 2003-Ohio-1197.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## March 17, 2003

## MOTION AND PROCEDURAL RULINGS

**2002–1454.   State ex rel. Weist v. Cuyahoga Cty. Bd. of Commrs.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for extension of time to file relators' merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and relators' merit brief is due on or before April 11, 2003.

**2002–1455.   State ex rel. Weist v. Mason.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for extension of time to file relators' merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and relators' merit brief is due on or before April 11, 2003.

**2003–0039.   State ex rel. Warnock v. Indus. Comm.**
Franklin App. No. 02AP–359, 2002-Ohio-6739. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before April 24, 2003.

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2003–0097.   State ex rel. Hassan v. Indus. Comm.**
Franklin App. No. 02AP–153, 2002-Ohio-6564.

[Cite as *03/18/2003 Case Announcements,* 2003-Ohio-1239.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## March 18, 2003

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2003–0410.   State ex rel. Richards v. United Parcel Serv.**
Franklin App. No. 02AP–533, 2003-Ohio-415.